UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY R. STIMSON,

    Plaintiff,

    v.

JOHN E. POTTER, Postmaster General,

    Defendant.
_____/

No. C 05-0411 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: February 22, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge